## HAYS v. MARKS.

Where a motion, based upon an affidavit, is made to set aside a default, and it is overruled, and the party excepts, and desires to have the error, if any, reviewed in this Court, he should make such affidavit a part of the record by his bill of exceptions.

APPEAL from the *Montgomery* Circuit Court.

*Per Curiam.*—Action by *Marks* against *Hays* to recover certain real estate. Judgment, by default, for plaintiff.

Motion to set aside the default overruled, and exception. The affidavit, on which the motion was based, is not set out in the bill of exceptions, and thereby made a part of the record; hence, we can not say that any error was committed, but must presume in favor of the ruling of the Court.

The judgment is affirmed, with costs.

*J. F. Kibbey, Peelle* and *Davis, G. D. Hurley,* for the appellant.

*S. C. Willson,* for the appellee.

## ROCKEY v. THE STATE.

APPEAL from the *Brown* Common Pleas.

*Per Curiam.*—It does not appear that the defendant was arraigned or pleaded. *McJenkins* v. *The State,* 10 Ind. 140.

The judgment is reversed.

*N. T. Hauser,* for the appellant.

*Francis T. Hord,* for the appellee.